UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Specialized Loan Servicing, LLC

In Re:

Carletta Jeffers & Kevin Jeffers,

Debtors.

Case No.:      17-17188-RG

Chapter:      13

Hearing Date:      12/4/2019

Judge:      Gambardella

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter:  Motion for Relief re: 1205 Lansdowne Terrace, Plainfield, NJ (Docket # 147)

_____

Date: 11/27/2019

/s/ Denise Carlon
Signature

*rev.8/1/15*