| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Specialized Loan Servicing, LLC | **Order Filed on December 20, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>    Carletta D. Jeffers, Kevin L. Jeffers,<br><br>Debtors. | Case No.: <u>17-17188 RG</u><br><br>Adv. No.:<br><br>Hearing Date: 12/4/19 @ 10:00 a.m..<br><br>Judge: <u>Rosemary Gambardella</u> |

# ORDER RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 20, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtors:   Carletta D. Jeffers, Kevin L. Jeffers
Case No:  17-17188 RG
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Specialized Loan Servicing, LLC, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 1205 Lansdowne Ter, Plainfield, NJ 07062, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Andrew Thomas Archer, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of December 2, 2019, Debtor has cured the post-petition arrears; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume December 1, 2019, directly to Secured Creditor's servicer, Specialized Loan Servicing, LLC, P.O. Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:
Carletta D Jeffers
Kevin L Jeffers
    Debtors

Case No. 17-17188-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 20, 2019
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2019.
db/jdb         +Carletta D Jeffers,    Kevin L Jeffers,    1212 Thornton Avenue,    Plainfield, NJ 07060-2639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2019 at the address(es) listed below:

         Andrew Thomas Archer    on behalf of Debtor Carletta D Jeffers aarcher@spillerarcherlaw.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
         Andrew Thomas Archer    on behalf of Joint Debtor Kevin L Jeffers aarcher@spillerarcherlaw.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
         Craig Scott Keiser    on behalf of Creditor    WELLS FARGO BANK, N.A. craig.keiser@law.njoag.gov
         Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services bankruptcy@friedmanvartolo.com
         Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
         Laura M. Egerman    on behalf of Creditor    U.S. Bank Trust, N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
         Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
         Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC rsolarz@kmllawgroup.com
         Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
         Robert L. Saldutti    on behalf of Creditor    In & Out Bail Bonds rsaldutti@salduttico llect.com, lmarciano@salduttico llect.com;kcollins@slgcollect.com
         Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
         Robert W. Keyser    on behalf of Creditor    US Bank Custodian for TLCF 2012A, LLC rkeyser@taylorandkeyser.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                            TOTAL: 16