Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−17188−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carletta D Jeffers
1212 Thornton Avenue
Plainfield, NJ 07060

Kevin L Jeffers
1212 Thornton Avenue
Plainfield, NJ 07060

Social Security No.:
xxx−xx−5760

xxx−xx−4533

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/19/20 at 10:00 AM

to consider and act upon the following:

*158* – Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:157 Application for Compensation for Andrew Thomas Archer, Debtor's Attorney, period: to, fee: $800.00, expenses: $. Filed by Andrew Thomas Archer. Objection deadline is 1/14/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Carletta D Jeffers, Joint Debtor Kevin L Jeffers) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 1/14/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court