ANDREW T. ARCHER, ESQ.
BRENNER BRENNER & SPILLER
175 RICHEY AVE.
COLLINGSWOOD, NJ  08107

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 17-17188

Re:   CARLETTA D JEFFERS               Atty:  ANDREW T. ARCHER, ESQ.
      KEVIN L JEFFERS                          BRENNER BRENNER & SPILLER
      1212 THORNTON AVENUE                     175 RICHEY AVE.
      PLAINFIELD, NJ  07060                    COLLINGSWOOD, NJ  08107

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $61,570.00**

## RECEIPTS AS OF 01/15/2020     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/15/2017 | $800.00 | 3966009000 - | 06/01/2017 | $800.00 | 4004595000 - |
| 07/12/2017 | $800.00 | 4117413000 - | 08/09/2017 | $800.00 | 4192772000 - |
| 09/13/2017 | $800.00 | 4279284000 - | 10/12/2017 | $800.00 | 4357040000 - |
| 11/13/2017 | $800.00 | 4436322000 - | 12/11/2017 | $981.00 | 4510699000 - |
| 01/16/2018 | $998.00 | 4590912000 - | 02/12/2018 | $998.00 | 4661046000 - |
| 03/14/2018 | $998.00 | 4748697000 - | 04/23/2018 | $998.00 | 4848124000 |
| 06/01/2018 | $998.00 | 4951406000 | 06/29/2018 | $998.00 | 5027361000 |
| 10/10/2018 | $1,996.00 | 6770401497 | 11/06/2018 | $2,102.00 | 6770401516 |
| 12/27/2018 | $1,051.00 | 6760001803 | 01/28/2019 | $1,091.00 | 6770401570 |
| 03/04/2019 | $1,091.00 | 6760001847 | 04/02/2019 | $1,098.00 | 6770401610 |
| 05/08/2019 | $1,127.00 | 5844712000 | 06/20/2019 | $1,127.00 | 5951216000 |
| 07/25/2019 | $1,127.00 | 6037591000 | 09/03/2019 | $1,127.00 | 6137902000 |
| 09/24/2019 | $1,127.00 | 6196365000 | 10/21/2019 | $1,127.00 | 6268273000 |
| 11/20/2019 | $1,127.00 | 6342004000 | 12/17/2019 | $1,127.00 | 6411752000 |

**Total Receipts: $30,014.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $30,014.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 03/19/2018 | $636.40 | 798,954 | 04/16/2018 | $255.08 | 800,813 |
| | 06/18/2018 | $256.44 | 804,678 | 07/16/2018 | $256.44 | 806,619 |
| | 08/20/2018 | $256.44 | 808,563 | 11/19/2018 | $511.24 | 814,364 |
| | 12/17/2018 | $538.40 | 816,265 | 03/18/2019 | $182.97 | 822,074 |
| | 04/15/2019 | $279.44 | 824,097 | 05/20/2019 | $225.02 | 826,120 |
| | 06/17/2019 | $235.13 | 828,071 | 08/19/2019 | $235.12 | 831,962 |
| | 09/16/2019 | $235.13 | 833,943 | 10/21/2019 | $241.25 | 836,005 |
| | 11/18/2019 | $241.25 | 838,051 | 12/16/2019 | $232.19 | 839,932 |
| | 01/13/2020 | $50.33 | 841,823 | 01/13/2020 | $18.40 | 841,823 |
| STATE OF NJ | | | | | | |
| | 03/19/2018 | $1,459.15 | 799,161 | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 03/19/2018 | $1,243.82 | 8,000,494 | | 04/16/2018 | $498.54 | 8,000,531 |
| | 06/18/2018 | $501.20 | 8,000,611 | | 07/16/2018 | $501.19 | 8,000,647 |
| | 08/20/2018 | $501.19 | 8,000,686 | | 11/19/2018 | $999.21 | 8,000,804 |
| | 12/17/2018 | $1,052.27 | 8,000,842 | | 03/18/2019 | $357.62 | 8,000,977 |
| | 04/15/2019 | $546.16 | 8,001,022 | | 05/20/2019 | $439.79 | 8,001,066 |
| | 06/17/2019 | $459.54 | 8,001,111 | | 08/19/2019 | $459.54 | 8,001,194 |
| | 09/16/2019 | $459.55 | 8,001,237 | | 10/21/2019 | $471.51 | 8,001,281 |
| | 11/18/2019 | $471.51 | 8,001,323 | | 12/16/2019 | $453.80 | 8,001,362 |
| | 01/13/2020 | $98.37 | 8,001,404 | | | | |
| US BANK TRUST NA | | | | | | | |
| | 01/13/2020 | $18.40 | 840,779 | | | | |
| WELLS FARGO BANK NA | | | | | | | |
| | 03/19/2018 | $462.79 | 799,420 | | 04/16/2018 | $185.49 | 801,296 |
| | 06/18/2018 | $186.48 | 805,168 | | 07/16/2018 | $186.48 | 807,071 |
| | 08/20/2018 | $186.48 | 809,057 | | 11/19/2018 | $371.78 | 814,795 |
| | 12/17/2018 | $391.52 | 816,702 | | 03/18/2019 | $133.06 | 822,572 |
| | 04/15/2019 | $203.21 | 824,548 | | 05/20/2019 | $206.97 | 826,609 |
| | 05/20/2019 | $163.63 | 826,609 | | 06/17/2019 | $216.27 | 828,489 |
| | 06/17/2019 | $170.98 | 828,489 | | 08/19/2019 | $216.27 | 832,442 |
| | 08/19/2019 | $170.98 | 832,442 | | 09/16/2019 | $216.27 | 834,382 |
| | 09/16/2019 | $170.99 | 834,382 | | 10/21/2019 | $221.90 | 836,486 |
| | 10/21/2019 | $175.44 | 836,486 | | 11/18/2019 | $221.90 | 838,481 |
| | 11/18/2019 | $175.44 | 838,481 | | 12/16/2019 | $213.57 | 840,348 |
| | 12/16/2019 | $168.85 | 840,348 | | 01/13/2020 | $46.30 | 842,247 |
| | 01/13/2020 | $36.60 | 842,247 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,520.67 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,646.25 | 100.00% | 5,646.25 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ADVANTA BANK CORPORATION | UNSECURED | 1,418.44 | * | 0.00 | |
| 0003 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 4,777.81 | * | 0.00 | |
| 0004 | AMCOL SYSTEMS INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,871.91 | * | 0.00 | |
| 0011 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,760.74 | * | 0.00 | |
| 0012 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | DISCOVER BANK | UNSECURED | 1,200.00 | * | 0.00 | |
| 0015 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | FNB OMAHA | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0021 | INFIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | NATIONAL CREDIT ADJUSTERS | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | ECMC | UNSECURED | 3,977.29 | * | 0.00 | |
| 0028 | SELECT PORTFOLIO SERVICING, INC | UNSECURED | 97,247.87 | * | 0.00 | |
| 0030 | SHARONVIEW | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | SHARONVIEW FEDERAL CU | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | TD BANKNORTH, N.A. | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 17-17188**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0035 | UNIFUND CCR LLC | UNSECURED | 4,206.57 | * | 0.00 | |
| 0037 | WELLS FARGO BANK NA | UNSECURED | 1,110.25 | * | 0.00 | |
| 0038 | WELLS FARGO HOME MORTGAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | FIRST NATL BANK OF OMAHA | UNSECURED | 6,370.21 | * | 0.00 | |
| 0042 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 140.27 | * | 0.00 | |
| 0045 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | SHARONVIEW FEDERAL CU | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 6,270.59 | 100.00% | 4,868.27 | |
| 0051 | US BANK CUSTODIAN FOR TLCF 2012A L | SECURED | 0.00 | 100.00% | 0.00 | |
| 0052 | WELLS FARGO BANK NA | MORTGAGE ARRE | 4,559.97 | 100.00% | 3,540.20 | |
| 0053 | UNITED STATES TREASURY/IRS | SECURED | 12,255.60 | 100.00% | 9,514.81 | |
| 0054 | ECAST SETTLEMENT CORPORATION | UNSECURED | 7,236.24 | * | 0.00 | |
| 0055 | IN AND OUT BAIL BONDS INC | UNSECURED | 889.78 | * | 0.00 | |
| 0056 | STATE OF NJ | PRIORITY | 1,459.15 | 100.00% | 1,459.15 | |
| 0057 | STATE OF NJ | UNSECURED | 2,097.40 | * | 0.00 | |
| 0058 | NAVIENT SOLUTIONS LLC | UNSECURED | 9,074.28 | * | 0.00 | |
| 0059 | US BANK TRUST NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0060 | WELLS FARGO BANK NA | (NEW) MTG Agree | 2,849.30 | 100.00% | 1,559.45 | |
| 0061 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 531.00 | 100.00% | 18.40 | |
| 0062 | US BANK TRUST NA | (NEW) MTG Agree | 531.00 | 100.00% | 18.40 | |

**Total Paid: $28,145.60**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $30,014.00    -    Paid to Claims: $20,978.68    -    Admin Costs Paid: $7,166.92    =    Funds on Hand: $1,868.40

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.