# UNITED STATES BANKRUPTCY COURT
## NEW JERSEY DISTRICT OF NEW JERSEY
### NEWARK DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 17-17188-RG |
| CARLETTA D JEFFERS AND ) | CHAPTER 13 |
| KEVIN L. JEFFERS ) | |
| DEBTORS ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 1430-32 MAPLE AVENUE, PLAINFIELD, NJ 07060 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******2704**

NOW COMES Wells Fargo Bank, N.A., by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Nicole Savage
Brock and Scott, PLLC
Attorneys at Law
302 Fellowship Road
Mount Laurel, NJ 08054
njbkr@brockandscott.com

Wells Fargo Bank, N.A.
3476 Stateview Blvd
Fort Mill, South Carolina 29715

Please take notice that the undersigned hereby appears as counsel for Wells Fargo Bank, N.A. pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor

20-13256 BKSUP01

 

with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

                          RESPECTFULLY SUBMITTED,

/s/ Nicole Savage
Nicole Savage
Attorney at Law (00033-2011)
Brock & Scott, PLLC
302 Fellowship Road
Mount Laurel, NJ 08054
844-856-6646
704-369-0760
njbkr@brockandscott.com

20-13256 BKSUP01

Document    Page 3 of 3

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on December 18, 2020 to the following:

CARLETTA D JEFFERS
1212 THORNTON AVE
PLAINFIELD, NJ 07060-2639

KEVIN L. JEFFERS
1212 THORNTON AVE
PLAINFIELD, NJ 07060-2639

Brenner Spiller & Archer
175 Richey Ave
West Collingswood, NJ 08107
aarcher@spillerarcherlaw.com

Marie-Ann Greenberg, Bankruptcy Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004

US Dept of Justice, US Trustee
One Newark Center
Ste 2100
Newark, NJ 07102

/s/ Nicole Savage
Nicole Savage
Attorney at Law (00033-2011)
Brock & Scott, PLLC
302 Fellowship Road
Mount Laurel, NJ 08054
844-856-6646
704-369-0760
njbkr@brockandscott.com

20-13256 BKSUP01