| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>20-13256 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Wells Fargo Bank, N.A. | Order Filed on January 14, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>CARLETTA D JEFFERS<br>KEVIN L. JEFFERS | Case No:  17-17188-RG<br><br>Hearing Date: _____<br><br>Judge:  ROSEMARY GAMBARDELLA<br><br>Chapter:  13 |

### ORDER ON MOTION FOR AUTHORIZATION
### TO ENTER INTO FINAL LOAN MODIFICATION AGREEMENT
### (CHAPTER 13)

The relief set forth on the following pages, two (2) through three (3) is hereby ORDERED.

**DATED: January 14, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The Court having reviewed the Motion for Authorization to Enter into Final Loan Modification Agreement filed on _____, as to the first mortgage concerning real property located at 1430-32 Maple Avenue, Plainfield, NJ 07060, and the Court having considered any objections filed to such motion, it is hereby ORDERED that:

☐ The debtor(s) is authorized to enter into the final loan modification agreement

1)  The loan modification must be fully executed no later than 14 days from the date of this order.  If it is not, the secured creditor, with 14 days thereafter, must file with the Court and serve on the debtor, debtor's attorney, if any, and the standing trustee a Certification indicating why the agreement was not fully executed.  A response by the debtor, if any, must be filed and served within 7 days of the filed date of the secured creditor's Certification; and

2)  Upon the filing of the Certification required above, and absent a response from the debtor(s), the standing trustee may disburse to the secured creditor all funds held or reserved relating to its claim.  Absent the filing of the Certification within the time frame set forth above, the standing trustee will disburse funds on hand to other creditors pursuant to the provisions of the confirmed Plan and any proof of claim filed in this case with respect to the mortgage is deemed modified and incorporated into the Loan Modification Agreement; and

3)  Unless the debtor(s)' Plan has been confirmed with 100% paid to unsecured creditors, the Debtor(s) must file a Modified Chapter 13 Plan and Motions within 14 days of consummation of loan modification.  If the loan modification results in material changes in the debtor(s)' expenses, the debtor(s) must file amended Schedules I and J within 14 days of the date of this Order; and

4)  Check one:

☒    There is no order requiring the debtor(s) to cure post-petition arrears through the Plan; or

☐    Post-petition arrears are capitalized into the loan modification agreement, and the Order filed on _____ requiring the Standing Trustee to make payments based on the arrearage is vacated as of the date of this order; or

☐    Post-petition arrears have not been capitalized into the loan modification

agreement, and the Standing Trustee will continue to make payments to the secured creditor based on the

Order filed on _____; and

    5)   If fees and costs related to loss mitigation/loan modification are sought by the debtor(s)'

attorney; an Application for Compensation in compliance with D.N.J. LBR 2016-1 must be filed.


☐ The Motion for Authorization to Enter into Final Loan Modification Agreement is denied.


*rev. 12/17/19*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 17-17188-RG

Carletta D Jeffers                                                                    Chapter 13

Kevin L Jeffers

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                  Page 1 of 2
Date Rcvd: Jan 14, 2022                      Form ID: pdf903                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2022:**

**Recip ID           Recipient Name and Address**
db/jdb            +  Carletta D Jeffers, Kevin L Jeffers, 1212 Thornton Avenue, Plainfield, NJ 07060-2639

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2022                                 Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2022 at the address(es) listed below:

**Name                        Email Address**

Adam D. Greenberg
    on behalf of Creditor US Bank  NA as Custodian for Tower DB VIII Trust 2018-1 agreenberg@hgllclaw.com, btemple@hgllclaw.com

Andrew L. Spivack
    on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Andrew Thomas Archer
    on behalf of Debtor Carletta D Jeffers aarcher@spillerarcherlaw.com
    bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Andrew Thomas Archer
    on behalf of Joint Debtor Kevin L Jeffers aarcher@spillerarcherlaw.com
    bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Craig Scott Keiser

Case 17-17188-RG    Doc 187    Filed 01/16/22    Entered 01/17/22 00:15:51    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 14, 2022 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor WELLS FARGO BANK  N.A. craig.keiser@law.njoag.gov

Denise E. Carlon

on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart

on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com

Jonathan C. Schwalb

on behalf of Creditor BSI Financial Services bankruptcy@friedmanvartolo.com

Laura M. Egerman

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com
bkyecf@rasflaw.com;legerman@rasnj.com

Laura M. Egerman

on behalf of Creditor U.S. Bank Trust  N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

Laura M. Egerman

on behalf of Creditor Ditech Financial LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Marie-Ann Greenberg

magecf@magtrustee.com

Matthew K. Fissel

on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Nicholas V. Rogers

on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

Rebecca Ann Solarz

on behalf of Creditor Specialized Loan Servicing LLC rsolarz@kmllawgroup.com

Robert L. Saldutti

on behalf of Creditor In & Out Bail Bonds rsaldutti@salduttcollect.com  lmarciano@salduttcollect.com;kcollins@slgcollect.com

Robert P. Saltzman

on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

Robert W. Keyser

on behalf of Creditor US Bank Custodian for TLCF 2012A  LLC rkeyser@taylorandkeyser.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 19