**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| IN RE:<br>**CARLETTA D JEFFERS AND**<br>**KEVIN L. JEFFERS**<br>　　　　　　**DEBTORS** | **CASE NO. 17-17188-RG**<br>**CHAPTER 13** |

**WITHDRAWAL OF SUPPLEMENTAL PROOF OF CLAIM FOR FORBEARANCE CLAIM**

　　Wells Fargo Bank, by and through its legal counsel, Brock & Scott, PLLC, hereby withdraws its Supplemental Proof of Claim for forbearance arrears filed on November 11, 2021.

This 9th day of February, 2022.

　　　　　　　　　　　　　　　　　　*/s/ Matthew Fissel*
　　　　　　　　　　　　　　　　　　Matthew Fissel
　　　　　　　　　　　　　　　　　　(Bar No. 038152012)
　　　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　　　BROCK & SCOTT, PLLC
　　　　　　　　　　　　　　　　　　302 Fellowship Road
　　　　　　　　　　　　　　　　　　Suite 130
　　　　　　　　　　　　　　　　　　Mount Laurel, NJ 08054
　　　　　　　　　　　　　　　　　　Telephone: 844-856-6646 x 4535
　　　　　　　　　　　　　　　　　　Facsimile: 704-369-0760
　　　　　　　　　　　　　　　　　　E-Mail: Matthew.Fissel@brockandscott.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wells Fargo Bank, N.A.

In Re:

CARLETTA D JEFFERS
KEVIN L. JEFFERS

Case No: 17-17188-RG

Judge: ROSEMARY GAMBARDELLA

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Shannon Cills:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Wells Fargo Bank, N.A. in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On February 10, 2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

   WITHDRAWAL OF SUPPLEMENTAL PROOF OF CLAIM FOR FORBEARANCE CLAIM

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 10, 2022         /s/ *Shannon Cills*
                                     Shannon Cills

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| CARLETTA D JEFFERS<br>1212 THORNTON AVE<br>PLAINFIELD, NJ 07060-2639 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| KEVIN L. JEFFERS<br>1212 THORNTON AVE<br>PLAINFIELD, NJ 07060-2639 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| ANDREW THOMAS ARCHER<br>125 ROUTE 73 NORTH<br>WEST BERLIN, NJ 08091 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| U.S. Trustee<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☒ Regular mail |

|  |  | Certified mail/RR |
|---|---|---|
|  |  | ☐ E-mail |
|  |  | ☒ Notice of Electronic Filing (NEF) |
|  |  | ☐ Other_____ <br> (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.