**Rob Saltzman, Esquire**
**PLUESE, BECKER & SALTZMAN, LLC**
**Attorneys At Law**
**RS1765**
**20000 Horizon Way, Suite 900**
**Mt. Laurel, NJ 08054-4318**
**(856) 813-1700**
**Attorneys for the Mortgagee**
**File No. 108389B**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
|  | : | **CASE NO. 17-17188-RG** |
| **In re:** |  |  |
|  | : | **CHAPTER 13** |
| **Carletta D Jeffers** |  |  |
| **Kevin L Jeffers** | : | **ENTRY OF APPEARANCE AND REQUEST FOR SERVICE** |
| **Debtors** | : | **OF NOTICES, PLEADINGS, ETC.** |
|  | : |  |

Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, Specialized Loan Servicing LLC, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

PLUESE, BECKER & SALTZMAN, LLC            Specialized Loan Servicing LLC
20000 Horizon Way, Suite 900              6200 S. Quebec St, Suite 300, Greenwood
Mt. Laurel, NJ 08054-4318                 Village, CO 80111

/s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
Specialized Loan Servicing LLC

DATED: February 10, 2022