Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17−17188−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carletta D Jeffers                        Kevin L Jeffers
1212 Thornton Avenue              1212 Thornton Avenue
Plainfield, NJ 07060                  Plainfield, NJ 07060

Social Security No.:
xxx−xx−5760                                 xxx−xx−4533

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/18/22 at 10:00 AM

to consider and act upon the following:

*191* − Certification in Opposition to (related document:190 Creditor's Certification of Default (related document:147 Motion for Relief from Stay re: 1205 Lansdowne Ter, Plainfield, NJ 07062. Fee Amount $ 181. filed by Creditor Specialized Loan Servicing LLC) filed by Robert P. Saltzman on behalf of Specialized Loan Servicing LLC. Objection deadline is 04/14/2022. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert) filed by Creditor Specialized Loan Servicing LLC) filed by Andrew Thomas Archer on behalf of Carletta D Jeffers. (Archer, Andrew)

Dated: 4/13/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court