Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−17188−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carletta D Jeffers
1212 Thornton Avenue
Plainfield, NJ 07060

Kevin L Jeffers
1212 Thornton Avenue
Plainfield, NJ 07060

Social Security No.:
xxx−xx−5760

xxx−xx−4533

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/18/22 at 10:00 AM

to consider and act upon the following:

*191* − Certification in Opposition to (related document:190 Creditor's Certification of Default (related document:147 Motion for Relief from Stay re: 1205 Lansdowne Ter, Plainfield, NJ 07062. Fee Amount $ 181. filed by Creditor Specialized Loan Servicing LLC) filed by Robert P. Saltzman on behalf of Specialized Loan Servicing LLC. Objection deadline is 04/14/2022. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert) filed by Creditor Specialized Loan Servicing LLC) filed by Andrew Thomas Archer on behalf of Carletta D Jeffers. (Archer, Andrew)

Dated: 4/13/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Carletta D Jeffers  
Kevin L Jeffers  
    Debtors

Case No. 17-17188-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 13, 2022      Form ID: ntchrgbk      Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carletta D Jeffers, Kevin L Jeffers, 1212 Thornton Avenue, Plainfield, NJ 07060-2639 |
| cr | + | BSI Financial Services, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | In & Out Bail Bonds, 800 N. Kings Highway, Ste 300, Ste 300, Cherry Hill, NJ 08034 UNITED STATES 08034-1511 |
| cr | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | US Bank Custodian for TLCF 2012A, LLC, c/o LienLogic, Inc, 555 Middle Creek Parkway, Colorado Springs, CO 80921-3622 |
| cr | + | US Bank, NA as Custodian for Tower DB VIII Trust 2, c/o Honig & Greenberg, LLC, 1949 Berlin Road, Suite 200, Cherry Hill, NJ 08003-2077 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Apr 13 2022 20:20:00 | Ditech Financial LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Apr 13 2022 20:20:00 | Specialized Loan Servicing LLC, c/o Bonial & Associates, P.C., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2022 20:25:25 | Synchrony Bank, c/o Recovery Mmgt. Sys., 25 SE 2nd Ave., Ste. 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 13 2022 20:20:00 | U.S. BANK NATIONAL ASSOCIATION, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 13 2022 20:20:00 | U.S. Bank Trust, N.A., Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Apr 13, 2022 | Form ID: ntchrgbk | Total Noticed: 14 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2022           Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam D. Greenberg | on behalf of Creditor US Bank  NA as Custodian for Tower DB VIII Trust 2018-1 agreenberg@hgllclaw.com, btemple@hgllclaw.com |
| Andrew L. Spivack | on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Andrew Thomas Archer | on behalf of Joint Debtor Kevin L Jeffers aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Andrew Thomas Archer | on behalf of Debtor Carletta D Jeffers aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Craig Scott Keiser | on behalf of Creditor WELLS FARGO BANK  N.A. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor BSI Financial Services bankruptcy@friedmanvartolo.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank Trust  N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor Ditech Financial LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Nicholas V. Rogers | on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Specialized Loan Servicing LLC rsolarz@kmllawgroup.com |
| Robert L. Saldutti | on behalf of Creditor In & Out Bail Bonds rsaldutti@saldutticollect.com  lmarciano@saldutticollect.com;kcollins@slgcollect.com |
| Robert P. Saltzman | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |
| Robert W. Keyser | on behalf of Creditor US Bank Custodian for TLCF 2012A  LLC rkeyser@taylorandkeyser.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2    User: admin    Page 3 of 3
Date Rcvd: Apr 13, 2022    Form ID: ntchrgbk    Total Noticed: 14
TOTAL: 19