Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−17188−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carletta D Jeffers
1212 Thornton Avenue
Plainfield, NJ 07060

Kevin L Jeffers
1212 Thornton Avenue
Plainfield, NJ 07060

Social Security No.:
xxx−xx−5760

xxx−xx−4533

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/20/22 at 10:00 AM

to consider and act upon the following:

*195* – Certification in Opposition to (related document:194 Creditor's Certification of Default (related document:155 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of Igloo Series III Trust. Objection deadline is 05/31/2022. filed by Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of Igloo Series III Trust) filed by Andrew Thomas Archer on behalf of Carletta D Jeffers, Kevin L Jeffers. (Archer, Andrew)

Dated: 6/1/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court