Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−17188−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carletta D Jeffers
1212 Thornton Avenue
Plainfield, NJ 07060

Kevin L Jeffers
1212 Thornton Avenue
Plainfield, NJ 07060

Social Security No.:
xxx−xx−5760

xxx−xx−4533

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/20/22 at 10:00 AM

to consider and act upon the following:

*195* − Certification in Opposition to (related document:194 Creditor's Certification of Default (related document:155 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of Igloo Series III Trust. Objection deadline is 05/31/2022. filed by Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of Igloo Series III Trust) filed by Andrew Thomas Archer on behalf of Carletta D Jeffers, Kevin L Jeffers. (Archer, Andrew)

Dated: 6/1/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Carletta D Jeffers  
Kevin L Jeffers  
    Debtors

Case No. 17-17188-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Jun 01, 2022     Form ID: ntchrgbk     Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carletta D Jeffers, Kevin L Jeffers, 1212 Thornton Avenue, Plainfield, NJ 07060-2639 |
| cr | + | BSI Financial Services, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | In & Out Bail Bonds, 800 N. Kings Highway, Ste 300, Ste 300, Cherry Hill, NJ 08034 UNITED STATES 08034-1511 |
| cr | + | SN Servicing Corporation as Servicer for U.S. Bank, Friedman Vartolo, LP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | US Bank Custodian for TLCF 2012A, LLC, c/o LienLogic, Inc, 555 Middle Creek Parkway, Colorado Springs, CO 80921-3622 |
| cr | + | US Bank, NA as Custodian for Tower DB VIII Trust 2, c/o Honig & Greenberg, LLC, 1949 Berlin Road, Suite 200, Cherry Hill, NJ 08003-2077 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jun 01 2022 20:48:00 | Ditech Financial LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 01 2022 20:48:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Jun 01 2022 20:48:00 | Specialized Loan Servicing LLC, c/o Bonial & Associates, P.C., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 20:59:51 | Synchrony Bank, c/o Recovery Mmgt. Sys., 25 SE 2nd Ave., Ste. 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 01 2022 20:48:00 | U.S. BANK NATIONAL ASSOCIATION, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 01 2022 20:48:00 | U.S. Bank Trust, N.A., Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 6

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam D. Greenberg | on behalf of Creditor US Bank NA as Custodian for Tower DB VIII Trust 2018-1 agreenberg@hgllclaw.com, btemple@hgllclaw.com |
| Andrew L. Spivack | on behalf of Creditor WELLS FARGO BANK N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Andrew Thomas Archer | on behalf of Joint Debtor Kevin L Jeffers aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Andrew Thomas Archer | on behalf of Debtor Carletta D Jeffers aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Craig Scott Keiser | on behalf of Creditor WELLS FARGO BANK N.A. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor BSI Financial Services bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of Igloo Series III Trust bankruptcy@friedmanvartolo.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank Trust N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor Ditech Financial LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Nicholas V. Rogers | on behalf of Creditor WELLS FARGO BANK N.A. nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Specialized Loan Servicing LLC rsolarz@kmllawgroup.com |
| Robert L. Saldutti | on behalf of Creditor In & Out Bail Bonds rsaldutti@salduttticollect.com lmarciano@salduttticollect.com;kcollins@slgcollect.com |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 01, 2022 | Form ID: ntchrgbk | Total Noticed: 15 |

Robert P. Saltzman
          on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

Robert W. Keyser
          on behalf of Creditor US Bank Custodian for TLCF 2012A  LLC rkeyser@taylorandkeyser.com

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 20