UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 108389B

In Re:

Carletta D Jeffers
Kevin L Jeffers

**Order Filed on June 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-17188-RG

Hearing Date: May 18, 2022

Judge: Rosemary Gambardella

Chapter 13

| Recommended Local Form | ☒ Followed | __ Modified |
|---|---|---|

## ORDER RESOLVING CERTIFICATION OF DEFAULT
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: June 21, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

| Applicant: | Specialized Loan Servicing LLC |
|---|---|
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Andrew Thomas Archer, Esquire |
| Property Involved ("Collateral"): | 1205 Lansdowne Ter, Plainfield, NJ 07062 |
| Relief Sought: | ☒ Certification of Default |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1.      Status of post-Petition arrearages:

☒ The Debtor has brought the loan post-Petition current through and including the May 1, 2022 post-Petition payment.

☒   Beginning on June 1, 2022, regular monthly mortgage payments shall continue to be made in the amount of $1,052.82.

2.      Payments to the Secured Creditor shall be made to the following address(es):

☒   Regular monthly payment:

> Specialized Loan Servicing LLC
> 6200 S. Quebec St., Suite 300
> Greenwood Village, Colorado 80111

3.      In the event of Default:

☒   If the Debtor does not make any regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

4.      Award of Attorney's Fees:

☒  The Applicant is awarded attorneys fees of $200.

The fees and costs are payable:

☒   through the Chapter 13 Plan.