UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
125 Route 73 North
West Berlin, NJ 08091
(856) 963-5000
BS 1035
Attorney for Debtor(s)

Order Filed on August 12, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Carletta D. Jeffers and Kevin L. Jeffers,

                         Debtor(s).

Case No.: 17-17188

Chapter: 13

Judge: RG

## AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 12, 2022**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____400.00_____. The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ____n/a____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 17-17188-RG

Carletta D Jeffers     Chapter 13

Kevin L Jeffers

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2

Date Rcvd: Aug 12, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Carletta D Jeffers, Kevin L Jeffers, 1212 Thornton Avenue, Plainfield, NJ 07060-2639 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam D. Greenberg | on behalf of Creditor US Bank NA as Custodian for Tower DB VIII Trust 2018-1 agreenberg@hgllclaw.com, btemple@hgllclaw.com |
| Andrew L. Spivack | on behalf of Creditor WELLS FARGO BANK N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Andrew Thomas Archer | on behalf of Debtor Carletta D Jeffers aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Andrew Thomas Archer | on behalf of Joint Debtor Kevin L Jeffers aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Craig Scott Keiser | |

on behalf of Creditor WELLS FARGO BANK N.A. craig.keiser@law.njoag.gov

Denise E. Carlon

on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon

on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart

on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Jonathan C. Schwalb

on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of Igloo Series III Trust bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb

on behalf of Creditor BSI Financial Services bankruptcy@friedmanvartolo.com

Laura M. Egerman

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@raslg.com

Laura M. Egerman

on behalf of Creditor U.S. Bank Trust N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@raslg.com

Laura M. Egerman

on behalf of Creditor Ditech Financial LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@raslg.com

Marie-Ann Greenberg

magecf@magtrustee.com

Matthew K. Fissel

on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Nicholas V. Rogers

on behalf of Creditor WELLS FARGO BANK N.A. nj.bkecf@fedphe.com

Rebecca Ann Solarz

on behalf of Creditor Specialized Loan Servicing LLC rsolarz@kmllawgroup.com

Rebecca K. McDowell

on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com

Robert L. Saldutti

on behalf of Creditor In & Out Bail Bonds rsaldutti@salduttiicollect.com lmarciano@salduttiicollect.com;kcollins@slgcollect.com

Robert P. Saltzman

on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

Robert W. Keyser

on behalf of Creditor US Bank Custodian for TLCF 2012A LLC rkeyser@taylorandkeyser.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 22