| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>CARLETTA D JEFFERS<br>KEVIN L JEFFERS | Case No.:  17-17188<br><br>Adv. No.:<br><br>Hearing Date:  09/07/2022<br><br>Judge:  RG |

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 08/16/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
CARLETTA D JEFFERS
KEVIN L JEFFERS
1212 THORNTON AVENUE
PLAINFIELD, NJ  07060
Mode of Service:  Regular Mail

Attorney for Debtor(s):
ANDREW T. ARCHER, ESQ.
BRENNER BRENNER & SPILLER
125 ROUTE 73 NORTH
WEST BERLIN, NJ  08091
Mode of Service:  ECF and/or Regular Mail

Dated:  August 16, 2022

By:  /S/  Jessica Antoine
      Jessica Antoine