Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−17188−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carletta D Jeffers
1212 Thornton Avenue
Plainfield, NJ 07060

Kevin L Jeffers
1212 Thornton Avenue
Plainfield, NJ 07060

Social Security No.:
xxx−xx−5760

xxx−xx−4533

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on September 7, 2022.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 7, 2022
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-17188-RG |
| Carletta D Jeffers | Chapter 13 |
| Kevin L Jeffers | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Sep 07, 2022 | Form ID: 148 | Total Noticed: 79 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carletta D Jeffers, Kevin L Jeffers, 1212 Thornton Avenue, Plainfield, NJ 07060-2639 |
| cr | + | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | + | BSI Financial Services, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | In & Out Bail Bonds, 800 N. Kings Highway, Ste 300, Ste 300, Cherry Hill, NJ 08034 UNITED STATES 08034-1511 |
| cr | + | SN Servicing Corporation as Servicer for U.S. Bank, Friedman Vartolo, LP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | US Bank Custodian for TLCF 2012A, LLC, c/o LienLogic, Inc, 555 Middle Creek Parkway, Colorado Springs, CO 80921-3622 |
| cr | + | US Bank, NA as Custodian for Tower DB VIII Trust 2, c/o Honig & Greenberg, LLC, 1949 Berlin Road, Suite 200, Cherry Hill, NJ 08003-2077 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 516833448 | + | Affinity Federal Credit Union, c/o Saldutto Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519190105 | + | City of Plainfield Tax Office, 515 Watchung Ave, Plainfield, NJ 07060-1798 |
| 516757566 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 516757567 | | Ditech, 1100 Virginia Drive, Suite 100A, Fort Washington, DA 1034 |
| 516846571 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516757569 | + | FNB Omaha, PO Box 34312, Omaha, NE 68134-0312 |
| 519190107 | + | Honig & Greenberg, LLC, 1949 Berlin Rd, Ste 200, Cherry Hill, NJ 08003-2077 |
| 516898942 | #+ | In & Out Bail Bonds, Inc., c/o Saldutti Law Group, Robert L. Saldutti, 800 N. Kings Hwy, Ste 300, Cherry Hill, New Jersey 08034-1511 |
| 516803769 | | Navient Solutions, LLC on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 516757574 | + | Plainfield Municipal Tax Lien, 127 Roosevel,t Avenue, PO Box 5110, Plainfield, NJ 07061-5110 |
| 516925379 | | State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 516987750 | + | U.S. Bank Trust N.A., Fay Servicing LLC, 3000 Kellway Dr., Ste 150, Carrollton, TX 75006-3357 |
| 516817963 | | US Bank Custodian for TLCF 2012A, LLC, c/o LienLogic, Inc., PO Box 62399, Colorado Springs, CO 80962-2399 |
| 519190106 | + | US Bank, NA as Custodian for, Tower DB VIII Trust 2018-1, 50 South 16th St, Ste 2050, Philadelphia, PA 19102-2516 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 07 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 07 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 07 2022 20:35:00 | Ditech Financial LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |

Case 17-17188-RG    Doc 218    Filed 09/09/22    Entered 09/10/22 00:15:39    Desc Imaged
Certificate of Notice    Page 3 of 7

| District/off: 0312-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: 148 | Total Noticed: 79 |

| | | | |
|---|---|---|---|
| cr | + Email/Text: SLSBKNotices@nationalbankruptcy.com | Sep 07 2022 20:35:00 | Specialized Loan Servicing LLC, c/o Bonial & Associates, P.C., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + EDI: RMSC.COM | Sep 08 2022 00:33:00 | Synchrony Bank, c/o Recovery Mmgt. Sys., 25 SE 2nd Ave., Ste. 1120, Miami, FL 33131-1605 |
| cr | + Email/Text: RASEBN@raslg.com | Sep 07 2022 20:35:00 | U.S. BANK NATIONAL ASSOCIATION, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| cr | + Email/Text: RASEBN@raslg.com | Sep 07 2022 20:35:00 | U.S. Bank Trust, N.A., Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516757535 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 07 2022 20:44:42 | Advanta Bank, P.O. Box 844, Spring House, PA 19477 |
| 516889151 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 07 2022 20:44:41 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516757536 | + Email/Text: bankruptcycare@affinityfcu.com | Sep 07 2022 20:35:00 | Affinity Fcu, 73 Mountainview Blvd Bld, Basking Ridge, NJ 07920-2332 |
| 516757537 | ^ MEBN | Sep 07 2022 20:32:18 | Amcol Systems Inc., PO Box 21625, Columbia, SC 29221-1625 |
| 516757538 | + Email/PDF: bncnotices@becket-lee.com | Sep 07 2022 20:44:43 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 516757541 | + Email/PDF: bncnotices@becket-lee.com | Sep 07 2022 20:44:54 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516757539 | + Email/PDF: bncnotices@becket-lee.com | Sep 07 2022 20:44:54 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516757544 | + EDI: BANKAMER.COM | Sep 08 2022 00:33:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 516757543 | + EDI: BANKAMER2.COM | Sep 08 2022 00:33:00 | Bank Of America, 100 North Tryon Street, Charlotte, NC 28202-4024 |
| 516757550 | EDI: CAPITALONE.COM | Sep 08 2022 00:33:00 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 516757552 | + EDI: CAPITALONE.COM | Sep 08 2022 00:33:00 | Capital One Bank (USA) N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516757565 | EDI: DISCOVER.COM | Sep 08 2022 00:33:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 516767236 | EDI: DISCOVER.COM | Sep 08 2022 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516757564 | + EDI: DISCOVER.COM | Sep 08 2022 00:33:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516832821 | + Email/Text: RASEBN@raslg.com | Sep 07 2022 20:35:00 | Ditech Financial LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516757568 | Email/Text: ECF@fayservicing.com | Sep 07 2022 20:35:00 | Fay Servicing, P.O. Box 619063, Dallas, TX 75261 |
| 516780315 | Email/Text: collecadminbankruptcy@fnni.com | Sep 07 2022 20:35:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 516757570 | Email/Text: collecadminbankruptcy@fnni.com | Sep 07 2022 20:35:00 | Infibank, Bankcard Processing/Attn: Bankruptcy, Po Box 3696, Omaha, NE 68103 |
| 516757571 | Email/Text: collecadminbankruptcy@fnni.com | Sep 07 2022 20:35:00 | Infibank, Po Box 3412, Omaha, NE 68103 |
| 519684627 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 07 2022 20:36:00 | Federal Home Loan Mortgage Corporation, as |

| Record | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 516757572 | EDI: IRS.COM | Sep 08 2022 00:33:00 | IRS Centralized Insolvency Operation, PO Box 21126, Philadelphia, PA 19114-0326 |
| 516757553 | EDI: JPMORGANCHASE | Sep 08 2022 00:33:00 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 516757556 | EDI: JPMORGANCHASE | Sep 08 2022 00:33:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516757573 | + Email/Text: bankruptcy@ncaks.com | Sep 07 2022 20:35:00 | National Credit Adjusters, PO Box 3023, 327 W 4th Street, Hutchinson, KS 67501-4842 |
| 516934942 | EDI: NAVIENTFKASMSERV.COM | Sep 08 2022 00:33:00 | Navient PC Trust c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 516757576 | EDI: PRA.COM | Sep 08 2022 00:33:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 516757575 | EDI: PRA.COM | Sep 08 2022 00:33:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 517002276 | EDI: PRA.COM | Sep 08 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One, POB 41067, Norfolk VA 23541 |
| 517002271 | EDI: PRA.COM | Sep 08 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One/Hsbc, POB 41067, Norfolk VA 23541 |
| 516757577 | + EDI: NAVIENTFKASMDOE.COM | Sep 08 2022 00:33:00 | Sallie Mae, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 516757578 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 07 2022 20:36:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 516757579 | + Email/Text: assetrecovery@sharonview.org | Sep 07 2022 20:35:00 | Sharonview, Po Box 2070, Fort Mill, SC 29716-2070 |
| 516757580 | + Email/Text: assetrecovery@sharonview.org | Sep 07 2022 20:35:00 | Sharonview, 14301 S Lakes Dr Ste A, Charlotte, NC 28273-0017 |
| 516757581 | + Email/Text: assetrecovery@sharonview.org | Sep 07 2022 20:35:00 | Sharonview Federal Cu, Pob 2070, Fort Mill, SC 29716-2070 |
| 517168105 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 07 2022 20:35:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 516758892 | + EDI: RMSC.COM | Sep 08 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516757583 | EDI: TDBANKNORTH.COM | Sep 08 2022 00:33:00 | TD BankNorth, N.A., Attn: Bankruptcy, PO Box 9547, Portland, ME 04112-9547 |
| 519277332 | ^ MEBN | Sep 07 2022 20:32:10 | U.S. Bank Trust, N.A., as Trustee, of the Igloo Series III Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 519277333 | ^ MEBN | Sep 07 2022 20:32:09 | U.S. Bank Trust, N.A., as Trustee, of the Igloo Series III Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501, U.S. Bank Trust, N.A., as Trustee 95501-0305 |
| 517085274 | + Email/Text: bankruptcy@bsifinancial.com | Sep 07 2022 20:35:00 | US Bank Trust National Association as Trustee, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038, US Bank Trust National Association as Tr, c/o BSI Financial Services 75038-2480 |
| 517085273 | + Email/Text: bankruptcy@bsifinancial.com | Sep 07 2022 20:35:00 | US Bank Trust National Association as Trustee, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 516757584 | + Email/Text: Bankruptcy@mjrf.com | Sep 07 2022 20:35:00 | Unifund Assignee for Citibank, C/O Mullooly Jeffery Rooney and Flynn, 6851 Jericho Turpike |

| | | | | |
|---|---|---|---|---|
| | | | | Suite 220, P.O. Box 90236, Syosset, NY 11791-4449 |
| 516757585 | | EDI: WFCCSBK | Sep 08 2022 00:33:00 | Wells Fargo, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306 |
| 516757586 | + | EDI: WFFC.COM | Sep 08 2022 00:33:00 | Wells Fargo, 3201 N 4th Ave, Sioux Falls, SD 57104-0700 |
| 516823673 | + | EDI: WFHOME | Sep 08 2022 00:33:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 516937391 | | EDI: WFCCSBK | Sep 08 2022 00:33:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516757587 | + | EDI: WFHOME | Sep 08 2022 00:33:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 516881186 | | Email/PDF: bncnotices@becket-lee.com | Sep 07 2022 20:44:53 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 516757542 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516757540 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516757547 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 516757548 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 516757549 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 516757545 | *+ | Bank Of America, 100 North Tryon Street, Charlotte, NC 28202-4024 |
| 516757546 | *+ | Bank Of America, 100 North Tryon Street, Charlotte, NC 28202-4024 |
| 516757551 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 519684628 | *+ | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 516757554 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 516757555 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 516757557 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 516757558 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 516757559 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516757560 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516757561 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516757562 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516757563 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516803771 | * | Navient Solutions, LLC on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 517002637 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 516757582 | *+ | Sharonview Federal Cu, Pob 2070, Fort Mill, SC 29716-2070 |
| 517168106 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 516757588 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 0 Undeliverable, 24 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0312-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: 148 | Total Noticed: 79 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam D. Greenberg | on behalf of Creditor US Bank NA as Custodian for Tower DB VIII Trust 2018-1 agreenberg@hgllclaw.com, btemple@hgllclaw.com |
| Andrew L. Spivack | on behalf of Creditor WELLS FARGO BANK N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Andrew Thomas Archer | on behalf of Joint Debtor Kevin L Jeffers aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Andrew Thomas Archer | on behalf of Debtor Carletta D Jeffers aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Craig Scott Keiser | on behalf of Creditor WELLS FARGO BANK N.A. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor BSI Financial Services bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of Igloo Series III Trust bankruptcy@friedmanvartolo.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank Trust N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@raslg.com |
| Laura M. Egerman | on behalf of Creditor Ditech Financial LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@raslg.com |
| Laura M. Egerman | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Nicholas V. Rogers | on behalf of Creditor WELLS FARGO BANK N.A. nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Specialized Loan Servicing LLC rsolarz@kmllawgroup.com |

District/off: 0312-2 | User: admin | Page 6 of 6
Date Rcvd: Sep 07, 2022 | Form ID: 148 | Total Noticed: 79

Rebecca K. McDowell
    on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com

Robert L. Saldutti
    on behalf of Creditor In & Out Bail Bonds rsaldutti@saldutticollect.com  lmarciano@saldutticollect.com;kcollins@slgcollect.com

Robert P. Saltzman
    on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

Robert W. Keyser
    on behalf of Creditor US Bank Custodian for TLCF 2012A  LLC rkeyser@taylorandkeyser.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 22