| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on September 7, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter 13 Case No.:  17-17188 |
| IN RE:<br><br>    CARLETTA D JEFFERS<br>    KEVIN L JEFFERS | HEARING DATE:  09/07/2022<br><br>Judge:  ROSEMARY GAMBARDELLA |

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: September 7, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s): CARLETTA D JEFFERS
KEVIN L JEFFERS

Case No.: 17-17188

Caption of Order:   ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion to Dismiss on 09/07/2022, and the Court having been satisfied that proper service and notice was effectuated on the Debtor(s) and Debtor(s)' counsel, and the Court having considered the Chapter 13 Standing Trustee's report, and good and sufficient cause appearing therefrom for the entry of this Order, it is

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13

ORDERED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-17188-RG |
| Carletta D Jeffers | Chapter 13 |
| Kevin L Jeffers | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 07, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carletta D Jeffers, Kevin L Jeffers, 1212 Thornton Avenue, Plainfield, NJ 07060-2639 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam D. Greenberg | on behalf of Creditor US Bank  NA as Custodian for Tower DB VIII Trust 2018-1 agreenberg@hgllclaw.com, btemple@hgllclaw.com |
| Andrew L. Spivack | on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Andrew Thomas Archer | on behalf of Debtor Carletta D Jeffers aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Andrew Thomas Archer | on behalf of Joint Debtor Kevin L Jeffers aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Craig Scott Keiser | |

Case 17-17188-RG    Doc 219    Filed 09/09/22    Entered 09/10/22 00:15:39    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor WELLS FARGO BANK N.A. craig.keiser@law.njoag.gov |
| Denise E. Carlon | |
| | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | |
| | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Jonathan C. Schwalb | |
| | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of Igloo Series III Trust bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | |
| | on behalf of Creditor BSI Financial Services bankruptcy@friedmanvartolo.com |
| Laura M. Egerman | |
| | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@raslg.com |
| Laura M. Egerman | |
| | on behalf of Creditor U.S. Bank Trust N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@raslg.com |
| Laura M. Egerman | |
| | on behalf of Creditor Ditech Financial LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@raslg.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Matthew K. Fissel | |
| | on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Nicholas V. Rogers | |
| | on behalf of Creditor WELLS FARGO BANK N.A. nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor Specialized Loan Servicing LLC rsolarz@kmllawgroup.com |
| Rebecca K. McDowell | |
| | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Robert L. Saldutti | |
| | on behalf of Creditor In & Out Bail Bonds rsaldutti@salduttlicollect.com lmarciano@salduttlicollect.com;kcollins@slgcollect.com |
| Robert P. Saltzman | |
| | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |
| Robert W. Keyser | |
| | on behalf of Creditor US Bank Custodian for TLCF 2012A LLC rkeyser@taylorandkeyser.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 22