Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−17188−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carletta D Jeffers
1212 Thornton Avenue
Plainfield, NJ 07060

Kevin L Jeffers
1212 Thornton Avenue
Plainfield, NJ 07060

Social Security No.:
   xxx−xx−5760                                          xxx−xx−4533

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: December 2, 2022            Rosemary Gambardella
                                   Judge, United States Bankruptcy Court